IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSHUA VANN,

     Plaintiff,

v.                              Civil Action No. **3:20CV897**

**SUPERVISOR KING,** *et al.*,

     Defendants.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se* filed this civil rights action. The matter is before the Court on Plaintiff's failure to serve Defendant Danny within the time required by Federal Rule of Civil Procedure 4(m).

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff had ninety (90) days from the filing of the complaint to serve the defendants. Here, that period commenced on November 2, 2020. By Memorandum Order entered on July 7, 2021, the Court directed Plaintiff, within eleven (11) days of the date of entry thereof, to show good cause for his failure to serve Defendant Danny within the time required by Rule 4(m). Plaintiff has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE against Defendant Danny.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 27 August 2021
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge